UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:06-CR-71-1D

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| **Mona Butts Boakye** | ) | |

On this the 3rd day of August, 2010, comes Donald E. Hargrove, U.S. Probation Officer, in open court at Raleigh, North Carolina, who shows the court that Mona Butts Boakye appeared before the Honorable James C. Dever III, U.S. District Judge, with counsel on August 8, 2007, and upon a plea of guilty to Transfer of Firearms to a Felon was sentenced to the custody of the Bureau of Prisons for a term of 366 days. Additionally, it was ordered by the court that the defendant be placed on supervised release for 24 months upon release from imprisonment. Mona Butts Boakye was released from custody and the term of supervised release commenced on July 21, 2008.

From evidence presented, the court finds as a fact that Mona Butts Boakye, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the United States Marshal or its authorized representative for imprisonment for a period of one (1) day. The defendant shall be released from imprisonment at 5:00 p.m. this date.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 3rd day of August, 2010.

James C. Dever III
U.S. District Judge